UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TRAYVON JAMAL PERDUE,

    Defendant.

Case No. 3:21-cr-71

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

### ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 30)

---

This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 30. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in count one of the Indictment, which charges him with Possessing a Firearm after having been previously convicted of a felony offense, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Doc. No. 11. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **July 12, 2022, at 2:00 PM**.

    **IT IS SO ORDERED.**

  April 26, 2022                                    s/ Michael J. Newman
                                                                      Hon. Michael J. Newman
                                                                       United States District Judge